# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE SUWON DISTRICT COURT, PYEONGTAEK BRANCH, THE REPUBLIC OF KOREA TO RESTRAIN THE FOLLOWING PROPERTY: ANY OR ALL INTEREST BELONGING TO MUN-JANG-WON IN REAL PROPERTY LOCATED AT 5771 CUMMING HWY SUGAR HILL, GEORGIA 30518, | Miscellaneous Action No. 22-051 (CKK) |

## ORDER
(May 26, 2022)

It is this 26th day of May, 2022 hereby

**ORDERED**, that, pursuant to LCvR 72.3(a), this case is referred to a Magistrate Judge for a Report and Recommendation on Petitioner United States of America's [1] Application to Enforce and Register Foreign Restraining Order Pursuant to 28 U.S.C. § 2467(d)(3)(A) and 18 U.S.C. § 983(j)(1)(A).

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge