UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In Re: ENFORCEMENT OF A RESTRAINING ORDER BY THE SUWON DISTRICT COURT, PYEONGTAEK BRANCH, THE REPUBLIC OF KOREA TO RESTRAIN THE FOLLOWING PROPERTY:<br><br>ANY OR ALL INTEREST BELONGING TO MUN JANG-WON IN REAL PROPERTY LOCATED AT 5771 CUMMING HWY, SUGAR HILL, GEORGIA 30518 | )<br>)<br>)<br>)<br>)<br>)<br>)   1:22-MC- 00051 (CKK)<br>)<br>)<br>)<br>)<br>) |

**MOTION TO LIFT RESTRAINING ORDER**

The United States of America, by and through its undersigned attorneys, pursuant to 18 U.S.C. § 983(j), respectfully moves to lift a restraining order entered by this Court in this case on September 10, 2024 (ECF 6), concerning any or all interest belonging to Mun Jang-Won in real property located at 5771 Cumming Hwy, Sugar Hill, Georgia (the "Property"). The restraining order issued by this Court was requested by the United States, pursuant to an official Mutual Legal Assistance Treaty Request by Republic of Korean authorities. As explained further below, the Government of the Republic of Korea formally withdrew the Treaty request for assistance and is no longer seeking forfeiture of Mun Jang-Won's interest in the Property.

**STATEMENT OF FACTS**

This enforcement action arises from a formal Treaty request by the Republic of Korea (the "ROK") made to the United States under the Mutual Legal Assistance Treaty (the "MLAT") that entered into force on May 23, 1997. *Treaty Between the United States of America and the Republic of Korea on Mutual Legal Assistance in Criminal Matters*, U.S.-S. Korea, Nov. 23, 1993, S. TREATY DOC. NO. 104-1 (1995). *See* United States' Application, ECF 1. The ROK MLAT

request asked the United States to seek a U.S. court order enforcing a restraining order entered on June 29, 2021 by the Suwon District Court, Pyeongtaek Branch, against any or all interest belonging to Mun Jang-Won ("MUN") in the Property in the United States because there was a reasonable basis to believe a judgment of forfeiture would be issued against MUN's interest in the Property at the conclusion of certain criminal proceedings in the ROK.

Acting upon the official MLAT request from the ROK, on May 23, 2022, the United States applied to this Court pursuant to 28 U.S.C. § 2467(d)(3) for entry of a restraining order to register and enforce a restraining order against MUN's interest in the Property issued by the Suwon District Court, Pyeongtaek Branch, the ROK (the "Korean Court") on June 29, 2021. *Id.* Specifically, the U.S. advised this Court that the enforcement proceeding in this Court was sought in connection with a criminal prosecution by the ROK authorities involving a cryptocurrency investment pyramid scheme orchestrated by several Korean citizens including MUN through which approximately hundreds of victims in the ROK were defrauded out of about $2.2 million US dollars. As the Korean Court found in entering its restraint order against MUN's interest in the Property, "there is a probable cause to conclude that the equivalent value of the proceeds must be restrained," s*ee* Korean June 29, 2021 order, ECF1-1, at 2. Korean authorities advised that the Korean Court had issued a decision granting the prosecutor's applications to restrain MUN's interest in the Property as substitute assets. *See* ECF 1.

On May 26, 2022, this Court referred this matter to Magistrate Judge Robin M. Meriweather for a Report and Recommendation (R&R). *See* May 26, 2022 Order, ECF 2. On August 11, 2022, Magistrate Meriweather entered a Minute Order that ordered the U.S. to supplement its Application within 10 days to address questions related to the Korean criminal law concerning notice requirements as well as due process requirements under 28 U.S.C. § 2467 (d)(3)

and 18 U.S.C. § 983(j) to aid the court's preparation of the R&R.  On August 21, 2022, the United States responded to the Order briefing this Court on all the issues raised.  *See* ECF 3.  On August 5, 2024, Magistrate Meriweather issued the R&R and detailed each requirement under Section 2467, recommending that this Court grant the United States' Application and enter the proposed order.  *See* ECF 4.  On September 10, 2024, this Court adopted the R&R (ECF 5) and entered an order restraining MUN's interest in the Property (ECF 6).  The United States served this Court's Order on the party identified as affected by the restraining order and recorded a lis pendens in the State of Georgia's Gwinnett County Clerk's Office against MUN's interest in the Property advising all parties interested in buying, selling, encumbering, or foreclosing the rights to the Property of the prohibition of these actions pursuant to the restraining orders entered by this Court and the Korean Court.  *Id.* at 2-3.

On October 8, 2024, the government of the ROK transmitted an official request to the United States Department of Justice Criminal Division's Office of International Affairs (OIA) to withdraw the MLAT request which previously sought the U.S.' assistance for the restraint of MUN's interest in the instant matter.  On March 4 and 10, 2025, the government of the ROK submitted a supplemental request to the OIA, providing further clarification on the underlying reason for the requested withdrawal.

## DISCUSSION

The United States' action in this case and this Court's order were predicated on enforcing the Korean Court's restraining order as authorized under 28 U.S.C. § 2467.  The enforcement action is no longer needed to assist the ROK authorities because they no longer seek forfeiture of MUN's interest in the Property.

The ROK authorities advised the OIA that Defendant MUN was convicted of fraud and

3

sentenced to 5 years in prison for the conviction. However, MUN was acquitted of charges related to concealment of criminal proceeds, upon which the forfeiture of MUN's interest in the Property located in the United States was premised. As a result, the ROK authorities no longer seek the forfeiture, and thereby respectively withdrew their Treaty request for mutual legal assistance in this matter.

## CONCLUSION

Therefore, consistent with the ROK official request to withdraw the prior MLAT request for enforcement of the restraining order related to the forfeiture of MUN's interest in the Property, the United States requests that this Court lift its September 10, 2024 Restraining Order (ECF 6). A proposed Order to that effect is submitted herewith.

Respectfully submitted,

MARGARET A. MOESER, Chief
Money Laundering and Asset Recovery Section
Criminal Division
United States Department of Justice

By: /s/Jennifer Wallis
MARY K. BUTLER
Chief, International Unit
Mary.Butler@usdoj.gov
JENNIFER WALLIS
Trial Attorney
Jennifer.Wallis@usdoj.gov
U.S. Department of Justice
Criminal Division
Money Laundering and Asset Recover Section
1400 New York Avenue, N.W., 10100
Washington, D.C. 20530
Telephone: (202) 514-1263

Attorneys for Movant
UNITED STATES OF AMERICA